# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JIMIKA MASON** and **JOEL AVILEZ,**
Appellants,

v.

**THE ADVANCEMENT OF EDUCATION
IN SCHOLARS CORPORATION,**
Appellee.

No. 4D17-3241

[September 6, 2018]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin J. Bidwill, Judge; L.T. Case No. 2017-CA-008861.

Jimika Mason and Joel Avilez, Hollywood, pro se.

Howard M. Camerik of GrayRobinson, P.A, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., MAY and CONNER, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***